UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Mag. No. 17-4123 |
| v. | Hon. Michael A. Hammer |
| BRIAN PARKER, and<br>VICTORIA KOLESKI | **ORDER FOR CONTINUANCE** |

This matter having come before the Court on the joint application of William E. Fitzpatrick, Acting United States Attorney for the District of New Jersey (by Melissa M. Wangenheim, Assistant United States Attorney), and defendants Brian Parker (Candace Hom, Esq.) and Victoria Koleski (Michael Koribanics, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this order is signed through and including December 31, 2017, this being the parties' second request for a continuance of time, and the defendants being aware that they have the right to have the matter submitted to a grand jury within 30 days of the date of their arrest pursuant to Title 18 of the United States Code, Section 3161(b), and the defendants having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The parties may engage in plea negotiations, which would render any grand jury proceedings and any subsequent trial of this matter

unnecessary;

(2) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS, therefore, on this 23rd day of October, 2017

ORDERED that this action be, and it hereby is, continued from the date this order is signed through and including December 31, 2017; and it is further

ORDERED that the from the date this order is signed through and including December 31, 2017 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. MICHAEL A. HAMMER
United States Magistrate Judge

Form and entry consented to:

_____
Melissa Wangenheim
Assistant United States Attorney

_____
Ronnell Wilson
Chief, OCDETF Unit

_____
Candace Hom, Esq.
Counsel for Brian Parker

_____
Michael Koribanics, Esq.
Counsel for Victoria Koleski